

# U.S. District Court

## Florida Southern - Miami

Receipt Date: Jan 16, 2026 4:11PM

JOSUE LAROSE

| Rcpt. No: 312851 | Trans. Date: Jan 16, 2026 4:11PM | | | Cashier ID: #VT (1899) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | DFLS126CV020313 **FBO**: JOSUE LAROSE | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #19-792836436 | 01/14/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 1:26-cv-20313-DPG/JOSUE LAROSE

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.