AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-20313-DPG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  A&T Worldwide, Inc

was received by me on *(date)* ____01/24/2026____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* ____01/21/2026____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* The Summons was mailed to A&T Worldwide, inc on January 21, 2026 via the United States Postal Service (USPS) as a Certified Mail and was signed by an authorized person at the delivery on January 24, 2026

FILED BY _____ D.C.
JAN 30 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

My fees are $ ____7.47____ for travel and $ _____ for services, for a total of $ ____7.47____ .

I declare under penalty of perjury that this information is true.

Date: ____01/30/2026____

                                                        USPS Employee
                                                        *Server's signature*

                                                        USPS Employee
                                                        *Printed name and title*

                                                       1100 Brickell Bay Drive
                                                       Miami, Florida 33131

                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Josue Larose<br>Republican Candidate for United States Senate 2026<br>Wall Street Corporate Executive<br>Chamber of Commerce President<br><br>*Plaintiff(s)*<br>v.<br>Amazon.com, Inc<br>Jeffrey Bezos<br>A&T Worldwide, Inc<br>April Cohen<br><br>*Defendant(s)* | Civil Action No. 26-cv-20313-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A&T Worldwide, Inc
10928 NW 67th Place
Parkland, Florida 33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josue Larose
Republican Candidate for United States Senate 2026
Wall Street Corporate Executive
Chamber of Commerce President
1300 Washington Avenue, Unit 2064
Miami Beach, Florida 33119
Email: EconomistJosueLarose@yahoo.com      Fax No: (800) 829-3078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan 16, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Pierre
Deputy Clerk
U.S. District Courts

# FEDERAL COURT DOCUMENTS AND SUBPOENA

From: Josue Larose
* Republican Candidate for United States Senate 2026
* Wall Street Corporate Executive
* Chamber of Commerce President
1300 Washington Avenue, Unit 2064
Miami Beach, Florida 33119

To: A&T Worldwide Inc
10928 NW 67th Place
Parkland, Florida 33076





CERTIFIED MAIL
9589 0710 5270 2518 3161 02

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702518316182

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:50 pm on January 24, 2026 in POMPANO BEACH, FL 33076.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
POMPANO BEACH, FL 33076
January 24, 2026, 1:50 pm

● **Arrived at USPS Regional Facility**
OPA LOCKA FL DISTRIBUTION CENTER
January 22, 2026, 9:30 pm

● **In Transit to Next Facility**
January 22, 2026

● **Departed Post Office**
MIAMI BEACH, FL 33119
January 21, 2026, 5:33 pm

● **USPS in possession of item**
MIAMI BEACH, FL 33119
January 21, 2026, 4:06 pm

Feedback