AMENDED COMPLAINT FOR A CIVIL CASE

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Civil Division

| | |
|---|---|
| Josue Larose<br>Republican Candidate for United States Senate 2026<br>Wall Street Corporate Executive<br>Chamber of Commerce President<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Amazon.com, Inc<br>Jeffrey Bezos<br>A&T Worldwide, Inc<br>April Cohen<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No.  1:26-cv-20313-LMR<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☑ Yes  ☐ No<br><br>FILED BY _____ D.C.<br><br>FEB 13 2026<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |

# AMENDED COMPLAINT FOR A CIVIL CASE
## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Josue Larose |
| Street Address | 1300 Washington Avenue, Unit 2064 |
| City and County | Miami Beach, Miami-Dade County |
| State and Zip Code | Florida 33119 |
| Telephone Number | (305) 647-8345 |
| E-mail Address | EconomistJosueLarose@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Amazon.com, Inc |
| Job or Title *(if known)* | |
| Street Address | 410 Terry Avenue North |
| City and County | Seattle, King County |
| State and Zip Code | Washington 98109 |
| Telephone Number | (206) 266-1000 |
| E-mail Address *(if known)* | Amazon-IR@Amazon.com |

Defendant No. 2

| | |
|---|---|
| Name | Jeffrey Bezos |
| Job or Title *(if known)* | Executive Chair |
| Street Address | 410 Terry Avenue North |
| City and County | Seattle, King County |
| State and Zip Code | Washington 98109 |
| Telephone Number | (206) 266-1000 |
| E-mail Address *(if known)* | Amazon-IR@Amazon.com |

Defendant No. 3

| | |
|---|---|
| Name | A&T Worldwide, Inc |
| Job or Title *(if known)* | |
| Street Address | 10928 NW 67th Place |
| City and County | Parkland, Broward County |
| State and Zip Code | Florida 33076 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | April Cohen |
| Job or Title *(if known)* | President of A&T Worldwide, Inc. DBA A&T Designs |
| Street Address | 3255 NW 94th Avenue, # 8220 |
| City and County | Coral Springs, Broward County |
| State and Zip Code | Florida 33075 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FTC Act 15 U.S. Code, Statute 45 (United States Federal Trademark Laws), Lanham Act 15 U.S. Code, Statute 1125 (United States Federal Trademark Laws). The Federal Lawsuit's Nature of Suit Code 840, The Cause 15 U.S. Code, Statute 1125 /  Trademark Infringement (Lanham Act)

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000,000.00 ($100 Million) for the Compensatory Damage and the Punitive Damage for the Right of Publicity or Unauthorized Use of name to sell products online via amazon.com Website. Compensatory and Punitive Damage will be $98 Million from Amazon.com and its President Jeffrey Bezos, Then $2 Million from A&T Worldwide Inc and its President April Cohen

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

My name is Josue Larose, I am a Republican Candidate for United States Senate 2026, a Wall Street Corporate Executive and the President of Greater Florida Chamber of Commerce. I file this Civil Lawsuit against Amazon.com, Inc, against Jeff Bezos, against A&T Worldwide Inc, and against April Cohen for using my name and my picture to sell products online via amazon.com since 2016 by naming their commercial products " Josue Larose for President 2016 " According to FTC Act 15 U.S. Code, Statute 45 and Lanham Act 15 U.S.Code, Statute 1125, the defendants violated the Right of Publicity to enrish themselves illegally. The Defendants are making more than $200 Million by using my name and my picture illegally and unauthorizedly

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I officially request a Compensatory Damage and a Punitive Damage of $100 Million from these four Defendants: $98 Million from Amazon.com Inc and its President Jeffrey Bezos. Then $2 Million from A&T Worldwide Inc and its President April Cohen. The Defendants Amazon.com Inc, A&T Worldwide Inc, Jeff Bezos and April Cohen are violated the Right of Publicity, the Federal Trademark Laws, the FTC Act 15 U.S. Code, Statute 45.and the Lanham Act 15 U.S. Code, Statute 1125 by using my name and my picture without authorization. They are damaged my reputation. The Defendants are using my name and my picture for a period of 10 consecutive years from 2016 to 2026 and they are earning more than $200 Million in Commercial Sales

According to the United States Federal Trademark Laws, FTC Act (15 USC Statute 45 and the Lanham Act (15 USC Statute 1125, using someone's name without authorization to sell commercial products online is a crime and a violation of the Right of Publicity. The Defendants are liable for the violation of the Rights of Publicity, because they are making more than $200 Million in a period of 10 consecutive years by using my name and my picture illegally and without authorization. The Defendants Amazon.com Inc, A&T Worldwide Inc, Jeffrey Bezos and April Cohen must pay me a Compensatory Damage and a Punitive Damage of $100 Million to settle this case.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/13/2026

Signature of Plaintiff

Printed Name of Plaintiff     Josue Larose

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address