(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:26-CV-20313-LMR

Josue Larose

Plaintiff(s)

v.

Amazon.com Inc
Jeffrey Bezos

Defendant(s)

FILED BY ____ D.C.
MAR 02 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION FOR ENTRY OF DEFAULT
*(TITLE OF DOCUMENT)*

I, Josue Larose, plaintiff or defendant, in the above styled cause, HEREBY SUBMITS THE MOTION FOR ENTRY OF DEFAULT AGAINST THE DEFENDANTS FOR NOT FILING AN ANSWER TO THE PLAINTIFF'S COMPLAINT AND PLAINTIFF'S AMENDED COMPLAINT.

I REQUEST THE CLERK OF COURT OR THE JUDGE TO ISSUE AN ENTRY OF DEFAULT AGAINST THE DEFENDANTS AMAZON.COM INC / JEFFREY BEZOS.

(Rev. 10/2002) General Document

___

**Certificate of Service**

I  Josue Larose , certify that on this date 03/02/2026  a true copy of the foregoing document was mailed to:  Amazon.com Inc / Jeffrey Bezos
name(s) and address(es)

By:
Josue Larose
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

(305) 647-8345
Phone Number

EconomistJosueLarose@Hotmail.com
E-mail address

Facsimile Number

300 Washington Avenue, Unit 2064
Street Address

Miami Beach, FL 33119
City, State, Zip Code