UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSUE LAROSE

    PLAINTIFF(S)

v.

AMAZON.COM, INC., et al.,

    DEFENDANT(S).

CASE NUMBER
   1:26−cv−20313−LMR

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Amazon.com, Inc.**
**Jeffrey Bezos**

as of course, on the date March 3, 2026.

    **Angela E. Noble**
    CLERK OF COURT

    By  /s/ *Clifford Wilfrid Charles*
    Deputy Clerk

cc:  Magistrate Judge Lisette M. Reid
    Josue Larose
    1300 Washington Avenue
Unit 2064

    Miami Beach, FL
33119

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)