# UNITED STATES DISTRICT COURT

### Southern District of Florida

Case Number: 1: 96 - CV- 20313 - LMR

Josue Larose

_____
Plaintiff(s)

v.

Amazon. Com Inc
Jeffrey Bezos

_____
Defendant(s)

FILED BY __CWC__ D.C.

MAR 05 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## MOTION FOR FINAL JUDGMENT BY DEFAULT
### (TITLE OF DOCUMENT)

I, Josue Larose _____ plaintiff or defendant, in the above styled cause, HEREBY THE MOTION FOR FINAL JUDGMENT BY DEFAULT AGAINST THE DEFENDANTS AMAZON, COM INC AND JEFFREY BEZOS.

AN ENTRY of DEFAULT IS ALREADY ENTERED ON 03/03/2026 BY THE CLERK of Court.

NOW, I WANT THE JUDGE LISETTE REID TO GRANT THE FINAL JUDGMENT BY DEFAULT AGAINST THE DEFENDANTS AMAZON. COM INC AND JEFFREY BEZOS.

(Rev. 10/2002) General Document

MOTION for Final JUDGMENT BY DEFAULT.

**Certificate of Service**

I _Josue Larose_ , certify that on this date _03/05/2026_ a true copy

of the foregoing document was mailed to: _DEFENDANTS AMAZON. COM / JEFFREY BEZOS._

name(s) and address(es)

By: _Josue Larose_

Printed or typed name of Filer

Signature of Filer

_Economist Josue Larose @ Hotmail. Com._

Florida Bar Number

E-mail address

_(305) 647-8345_

Phone Number

Facsimile Number

_1300 Washington Avenue, Unit 2064_

Street Address

_Miami Beach, FL 33119_

City, State, Zip Code