AO 450 (Rev. 11/11)  Judgment in a Civil Action

## MOTION FOR DEFAULT JUDGMENT

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ☑

| | |
|---|---|
| Josue Larose ) | |
| _Plaintiff_ ) | Civil Action No. 1:26-CV-20313-LMR |
| v. ) | |
| AMAZON.COM INC  /  JEFFREY BEZOS ) | |
| _Defendant_ ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*  Josue Larose                            recover from the
defendant *(name)*                    Amazon.com Inc / Jeffrey Bezos                    the amount of
Ninety-Eight Million       dollars ($ 98,000,000 ), which includes prejudgment
interest at the rate of     3.00    %, plus post judgment interest at the rate of   4.00   % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
recover costs from the plaintiff *(name)*
.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                                          presiding, and the jury has
rendered a verdict.

☐ tried by Judge                                          without a jury and the above decision
was reached.

☑ decided by Judge Lisette M. Reid                                  on a motion for
Default Judgment for not filing an answer to the Plaintiff's Complaint and to Plaintiff's Amended Complaint

.

Date:                              *CLERK OF COURT*


                                          _____
                                          *Signature of Clerk or Deputy Clerk*