# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------------

JOSUE LAROSE
REPUBLICAN CANDIDATE FOR UNITED STATES SENATE
WALL STREET CORPORATE EXECUTIVE
PRESIDENT OF GREATER FLORIDA CHAMBER OF COMMERCE

|  |  |  |
|---|---|---|
| Plaintiff | { | } |
| V. | { CASE NO: 1:26-CV-20313-LMR | } |
| AMAZON.COM INC | { JURY TRIAL: YES | } |
| JEFFREY BEZOS | | |
| A&T WORLDWIDE INC | | |
| APRIL COHEN | | |
| Defendants | | |

FILED BY _____ D.C.

MAR 16 2026

ANGELA E. N....
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT LAUD.

-----------------------------------------------------------------

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS A&T WORLDWIDE INC  /  APRIL COHEN     DOCKET NO: 23

Plaintiff, Josue Larose hereby submits his opposition to Defendants' Motion to Dismiss the Amended Complaint. The Plaintiff's Amended Complaint not only meets but exceeds the standards governing the form of a complaint contemplated by Federal Rule of Civil Proc. 8 (a)

After the complaint was amended from Diversity of Citizenship to Federal Question, this court has subject matter jurisdiction in this matter and the Amended Complaint sufficiently alleges the United States Federal Trademark Law Violation via the FTC Act, U.S. Code 15, Statutes 45 Then via the Lanham Act 15 U.S. Code, Statute 1125
Federal Trademark Act U.S. Code 15 Statute 1051-1072
Trademark Infringement Violation, Nature of Suit Code 840, Cause Lanham Act 15 U.S. C 1125

Accordingly, Defendants' Motion to Dismiss should be denied by the Judge for acting in bad faith to compensate a victim from Trademark Infringement, Cybersecurity Crimes and Frauds. The Defendants violated the FTC Act 15 statute 45, the Lanham Act 15 U.S. Code, statute 1125 Federal Trademark Act 15 U.S. Code, Statutes 1051-1072  for using someone's name and picture without authorization, illegally and fraudulently to sell commercial products on Amazon.com

The Defendants A&T Worldwide Inc and its President April Cohen are the Fraudsters who use the United States Federal Politicians' names and pictures to sell the commercial products online The Defendants A&T Worldwide Inc, April Cohen, Amazon.com Inc, Jeffrey Bezos damaged my reputation by making more than $200 Million on my name illegally and fraudulently.
They violated the Lanham Act 15, Statute 1125, 1051-1072  FTC Act 15 U.S. Code, Statute 45

Page 2

## The Plaintiff's Claims are sufficiently stated.

The actions of the Defendants A&T Worldwide Inc, April Cohen, Amazon.com Inc, Jeffrey Bezos caused the Plaintiff Josue Larose to have anxiety, emotional distress, reputational harm, stress, depression, financial loss, sleep disorder and economic loss.

Defendants move to dismiss the Plaintiff's Complaint for (A) Failure to State a Cause of Action and (B) for Lack of Subject Matter Jurisdiction. In support of their Motion, Defendants argue that the Complaint lacks, inter alia, a definition of deception, lacks any example of injury and lacks a factual basis. Defendants cite no valid authority to support the proposition that these or any other supposedly missing ingredients are, in fact, required in the Plaintiff's Complaint. Federal Rule of Civil Procedure 8 (a) states that a complaint should contain " a short and plain statement of the claim showing that the pleader is entitled to relief, " Fed. R. Civ. P. 8(a) (2) that each allegation must be simple, concise, and direct. " Fed. R. Civ. P. 8(d)  (1)

The Supreme Court has explained that a complaint need only " give the defendant fair notice of what the Plaintiff's Claim is and the grounds upon which it rests. " Swierkiewicz v. Sorema N.A., 534 U.S. 506, 512 (2002); accord Atchison, Topeka & Santa Fe Ry. v. Buell, 480 U.S. 557, 568 n.15 (1997) ( under Federal Rule 8, claimant has no duty to set out all of the relevant facts in his complaint)  " Specific facts are not necessary in a Complaint, instead the statement need only " give the defendant fair notice of what the claim is and the grounds upon which it rests". Epos tech., 636 F. Supp.2d 57, 63 (D.D.C, 2009) ( quoting Bell Atlantic v. Twombly, 550 U.S. 544, 555, (2007)

--------------------------------

1 Defendants move to dismiss the Complaint for failure to state a cause of action. Fed. R. Civ. P. 12(b) (6) provides that a party may assert a defense by motion for " failure to state a claim upon which relief can be granted. "'

2 Defendants mistakenly refer to Fed. R. Civ. P. 12(b) (5) - Lack of Subject Matter of Jurisdiction.

3 It appears that Defendants ' Motion should correctly be titled a " Motion for a More Definite Statement. "

Thus, the Federal Rules embody "notice pleading"  and require only a concise statement of the claim, rather than evidentiary facts. Accordingly Defendants ' Motion would be considered properly filed only " where a plaintiff's complaint is unintelligible(le) (sic), not where a complaint suffers for " lack of detail." Epos Tech., 636 F. Supp. 2d at 63 (citations omitted). The simplified notice pleading standard relies on liberal discovery rules and summary judgment motions to define disputed facts and to dispose of unmeritorious claims. See Swierkiewicz, 534 U.S. Code at 512. Indeed, courts have found that if the information sought by the motion is obtainable through discovery, the motion should be denied. See e.g., Towers Tenant Association v. Towers Ltd. P'ship, 563 F. Supp. 566, 569 (D.D.C. 1983) denying motion for a more definite statement because details such as "dates, times, names and places" are "the central object of discovery, and need not be pleaded").

Page 3

Here, the Plaintiff's Complaint is not unintelligible or confusing and does not violate Federal Rule of Civil Procedure 8(b) requirement of " a short and plain statement of the claim showing that the plaider is entitled to relief of $100 Million for Compensatory and Punitive Damages, because he is significantly experienced anxiety, economic loss, sleep disorder, daily stress, reputational harm, depression, financial loss and emotional distress.

Defendants A&T Worldwide Inc and its President April Cohen must be by punished severely by the judge for making frauds and cybersecurity crimes by using the Federal Politicians' names and pictures illegally and fraudulently to sell the commercial products on amazon.com

The Defendants violated the Lanham Act 15 U.S. Code, Statute 1125 and the Right of Publicity. The Defendants must pay the Compensatory and Punitive Damages of $100 Million to the Plaintiff Josue Larose to compensate him for their illegal actions and frauds on his name.

The Complaint and the Amended Complaint clearly have a more sufficient statement of the claim and more than meets the requirement that it be "short and plain. "
For example, the Amended Complaint specifically identifies the actions of Defendants and how those actions are wrongful, unethically, malice, intentionally, dishonest and illegally.

Finally, the Plaintiff's Complaint and Amended Complaint clearly put Defendants on fair notice of the charges against them
Specifically, the Amended Complaint charges that Defendants violated the FTC Act, U.S. Code 15, statute 45, then the Lanham Act 15 U.S. Code, Statute 1125, U.S. Code 15 statutes 1051-1072 Federal Trademark Violations, Nature of Suit 840, Cause: Trademark Infringement

## The Court has Subject Matter Jurisdiction

The Court has subject matter jurisdiction, despite Defendants' claim to the contrary, because the Complaint was amended from Diversity of Citizenship to Federal Question on February 13, 2026 In Morrison v. Amway Corp., 323 F. 3d 920, 925 (11th Cir. 2003) the Eleventh Circuit cautioned " that the district court should rely on Rule 12(b) (1) if the facts necessary to sustain jurisdiction do not implicate the merits of Plaintiff's cause of action. Garcia, 104 F. 3d at 1261 (emphasis ad)

If a jurisdictional challenge does implicate the merits of the underlying claim.
The proper course of action for the district court... is to find that jurisdiction exists and deal with the objection as a direct attack on the merits of the Plaintiff's case. ...

Judicial economy is best promoted when the existence of a federal right is directly reached and, where no claim is found to exist, the case is dismissed on the merits. This refusal to treat indirect attacks on the merits as Rule 12(b) (1) motions provides, moreover, a greater level of protection for the plaintiff who in truth is facing a challenge to the validity of his claim.
The Defendant is forced to proceed under Rule 12 (b) (6) ... or Rule 56 ... both of which place great restrictions on the district court's discretion .....
Id. (quoting Williamson v. Tucker, 645 F. 2d 404, 415-16 (5th Cir. 1981) "

Page 4

Normally, the question of jurisdiction and the merits of an action will be considered intertwined where, as here, " a statute provides the basis for both the subject matter jurisdiction of the federal court and the plaintiff's substantive claim for relief. Id. at 926 quoting Sun Valley Gasoline, Inc v. Ernst Enters., 711 F. 2d 138, 139-40 (9th Cir. 1983).

## The Plaintiff Josue Larose has alleged actual harm.

As stated above, the Plaintiff's Complaint and Amended Complaint alleged daily stress, anxiety, sleep disorder, emotional distress, depression, economic loss and these significant daily harms are caused by the Federal Trademark Infringement from Defendants under the Suit Code 840

## Conclusion.

In short, the Plaintiff's Complaint and Amended Complaint are fully complied with the pleading requirement of Federal Rule of Civil Procedure 8 (a) and provide Defendants fair notice of the charges against them and the grounds therefore. Discovery and argument will add further detail later, in fact much additional supporting factual material will be provided by the Plaintiff.

This court has subject matter jurisdiction in this matter, because the Plaintiff's Complaint was amended from Diversity of Citizenship to Federal Question on February 13, 2026 and the Amended Complaint alleged the Federal Trademark Infringement, Financial Frauds, Malice, Identity Theft, Reputational Harm and Cybersecurity Crimes from the defendants.

Additionally, the Plaintiff Josue Larose has sufficiently alleged reputational harm, significant daily stress, anxiety, emotional distress, sleep disorder, depression and economic loss due to the Federal Trademark infringement, Malice, Frauds, Identity Theft and Cybersecurity Crimes by the Defendants A&T Worldwide Inc, April Cohen, Amazon.com Inc, Jeffrey Bezos

## Relief:

The Plaintiff requests a total amount of $100,000,000 ($100 Million) in Compensatory and Punitive Damages from the following Defendants :
$98,000,000 ($98 Million) from Amazon.com Inc and from its President Jeffrey Bezos
$2,000,000 ($2 Million) from A&T Worldwide Inc and from its President April Cohen
Total: $100,000,000 ($100 Million in Compensatory and Punitive Damages)

Accordingly, for the reasons set forth herein, the Plaintiff Josue Larose respectfully requests the Southern District of Florida Court and the Judge to deny the Defendants' Motion to Dismiss the Amended Complaint for acting in bad faith to delay the Civil Lawsuit, because the Defendants are committed the Federal Trademark Infringement, Financial Frauds, Malice, Identity Theft and Cybersecurity Crimes by using the United States Federal Politicians' names and pictures illegally, unauthorizedly and fraudulently to sell the commercial products via amazon.com

Page 5

## Service for the Summons, Plaintiff's Complaint and Amended Complaint:

I want to inform the Southern District of Florida and the Judge that the Summons, Plaintiff's Complaint and Amended Complaint were properly served to the Defendants via Certified Mail at the United States Postal Service and the Defendants were signed a legal paper issued by the USPS Employee at the time of the mail delivery to certify that they are properly served with the Summons, Plaintiff's Complaint and Amended Complaint.

The Certified Mail of the United States Postal Service is officially recognized and legally accepted as a Professional Process Server and it complies with the Federal Rule of Civil Procedure.

The Federal Rule of Civil Procedure required a third party to deliver the Summons and the Plaintiff's Complaints to the Defendants.
The Employees of the United States Postal Service are considered a Third Party.

The Defendants were signed a legal paper issued by the USPS Employee at the time of the mail delivery to certify that they are properly served with the Summons, Plaintiff's Complaint and Amended Complaint in accordance with the Federal Rule of Civil Procedure 8 (a).

Dated: March 16, 2026                       Respectfully filed with the court.

Josue Larose: ----------------------------
1300 Washington Avenue, Unit 2064
Miami Beach, FL 33119
Phone No: (305) 647-8345  Fax No: (800) 829-3078
Email: EconomistJosueLarose@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2026 I filed the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint with the Clerk of the Southern District of Florida and send a notice of the filing to the Defendants Attorney via email on file & via USPS Certified Mail to the Defendants Mailing Address on file.

Case 1:26-cv-20313-LMR Document 24 Entered on FLSD Docket 03/16/2026 Page 6 of 18

1/16/26, 1:23 AM    Case 1:26-cv-20313... Amazon.com: Josue Larose For President 2016 (Election Vote) 2.25" Bottle Opener w/Keyring: Home & Kitchen

Delivering to Homestead 33030    All ▾    Josue Larose for President                              0

# EXHIBIT A

| | VS | LIVE NOW |

**Amazon Home**    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Matcha Sunday    **Perfect for iced matcha lattes**

Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Bar & Wine Tools › Corkscrews & Openers › Bottle Openers



Click to see full view

## Josue Larose For President 2016 (Election Vote) 2.25" Bottle Opener w/Keyring

Brand: A&T Designs

**$3⁹⁹**

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Material | Metal |
|---|---|
| Color | White |
| Brand | A&T Designs |
| Is Customizable | No |
| Manufacturer | A&T Designs |
| UPC | 728422845695 |

## About this item

- New High Quality Bottle Opener w/Keyring
- Bottle Opener measures 2.25" in diameter
- Copyright A & T Designs
- Manufactured by A & T Designs
- Proudly Made in the USA

Report an issue with this product or seller

**$3⁹⁹**

$5.59 delivery **January 21 - 22**. Details

Delivering to Homestead 33030 - Update location

## In Stock

Quantity: 1

**Add to cart**

**Buy Now**

| Shipper / Seller | A & T Designs |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

**Add to List**

## Customers also viewed these products

Page 1 of 3









**Voter Mailbag Your Vote Matters Stickers - Roll of 250 Stickers, Red, White & Blue**
16
$15.95 ($0.06/count)
Get it as soon as **Wednesday, Jan 21**
FREE Shipping on orders over $35 shipped by Amazon

**67pcs Colorful Vote Sticker Patriotic Election Voting Sticker for Election Campaign Voter Envelope Seals Postcar...**
28
$6.99
Get it as soon as **Wednesday, Jan 21**
FREE Shipping on orders over $35 shipped by Amazon

**Wrench Bottle Opener - Heavy Duty Beer & Soda Cap Opener - Unique Bar Tool Gift for Men - Multitool Kitchen Gadg...**
118
$12.97
Get it as soon as **Wednesday, Jan 21**
FREE Shipping on orders over $35 shipped by Amazon
Only 19 left in stock - order...

**Westmark Germany Hermetus Steel 3-in-1 Resealer Beer Bottle Opener**
3,824
$9.49
Get it as soon as **Wednesday, Jan 28**

OXO :
$14.9
Get it :
Jan 21
FREE S
$35 sh

## Product information

| Manufacturer | A&T Designs |
| --- | --- |
| ASIN | B01AN91N6M |
| Date First Available | January 15, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

**Would you like to tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

These bottle openers are manufactured from the highest quality materials... made of a hard metal base, thick mylar, and true to life vibrant colors. This Sturdy metal bottle opener is perfect to open soda bottles, beer bottles & more. Attach them to any bag or zipper with the keyring. Bottle Openers are great party favors for your next gathering and also make great prizes/giveaways. They are wonderful gifts for everyone!

Sponsored

## Customer reviews

No customer reviews

5 star                           0%

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** A & T Worldwide, Inc.
**Business Address:**
 3255 NW 94th Ave
 #8220
 Coral Springs
 FL
 33075
 US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

| Form 144 Filer Information | **UNITED STATES**<br>**SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 |
|---|---|
| Form 144 | **Form 144**<br><br>**NOTICE OF PROPOSED SALE OF SECURITIES**<br>**PURSUANT TO RULE 144 UNDER THE SECURITIES ACT OF 1933** |

## 144: Issuer Information

| | |
|---|---|
| Name of Issuer | AMAZON COM INC |
| SEC File Number | 000-22513 |
| Address of Issuer | 410 TERRY AVENUE NORTH<br>SEATTLE<br>WASHINGTON<br>98109 |
| Phone | 2062661000 |
| Name of Person for Whose Account the Securities are To Be Sold | Zapolsky David |

See the definition of "person" in paragraph (a) of Rule 144. Information is to be given not only as to the person for whose account the securities are to be sold but also as to all other persons included in that definition. In addition, information shall be given as to sales by all persons whose sales are required by paragraph (e) of Rule 144 to be aggregated with sales for the account of the person filing this notice.

| Relationship to Issuer | 1. Officer |
|---|---|

## 144: Securities Information

| Record | Title of the Class of Securities To Be Sold | Name and Address of the Broker | Number of Shares or Other Units To Be Sold | Aggregate Market Value | Number of Shares or Other Units Outstanding | Approximate Date of Sale | Name the Securities Exchange |
|---|---|---|---|---|---|---|---|
| #1 | Common | Fidelity Brokerage Services LLC<br>900 Salem Street<br>Smithfield<br>RHODE ISLAND<br>02917 | 13,570 | $3,019,189.30 | 10,690,216,011 | 11/24/2025 | NASDAQ |

## 144: Securities To Be Sold

Furnish the following information with respect to the acquisition of the securities to be sold and with respect to the payment of all or any part of the purchase price or other consideration therefor:

| Record | Title of the Class | Date you Acquired | Nature of Acquisition Transaction | Name of Person from Whom Acquired | Is this a Gift? | Date Donor Acquired | Amount of Securities Acquired | Date of Payment | Nature of Payment * |
|---|---|---|---|---|---|---|---|---|---|
| #1 | Common | 11/21/2024 | Restricted Stock Vesting | Issuer | ☐ | — | 2,920 | 11/21/2024 | Compensation |

EXHIBIT B



**FEDERAL TRADE COMMISSION**
ReportFraud.ftc.gov

FTC Report Number

199048671

# Consumer Report To The FTC

---

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** Josue Larose

**Email:** EconomistJosueLarose@yahoo.com

**Address:** 1300 Washington Avenue Unit 2064

**Phone:** 305-647-8345

**City:** Miami Beach   **State:** Florida   **Zip Code:** 33119

**Country:** USA

## What happened

My name is Josue Larose, I am the Republican Candidate for United States Senate, a Wall Street Corporate Executive and the President of Greater Florida Chamber of Commerce. filed this complaint against A&T Worldwide Inc and its President April Cohen and against Amazon.com Inc and its President Jeffrey Bezos for using my name and my picture illegally and fraudulently to sell the commercial products on Amazon.com The Defendant April Cohen is a fraudster who uses the names and pictures of the United States Federal Politicians illegally and fraudulently to sell the commercial products on Amazon.com The actions of the Defendants caused me to have Economic Loss, Emotional Distress, Reputational Harm, Daily Stress, Sleep Disorder, Anxiety and Depression. I have a Pending Civil Lawsuit against the Defendants Amazon.com Inc, Jeffrey Bezos, A&T Worldwide Inc, April Cohen for Federal Trademark Infringement, Financial Frauds, Identity Theft, Malice and Cybersecurity Crimes at the United States District Court, Southern District of Florida. The Case Number is : 1:26-CV-20313-LMR The Defendants A&T Worldwide Inc and its President April Cohen must be charged criminally for Identity Theft, Financial Frauds, Cybersecurity Crimes and for Federal Trademark Infringement.

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 01/05/2026 | $10,000.00 | |
| **Payment Used:** | | **How I was contacted:** |
| | | Website or App |

1/3

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:** | | |
| Amazon.com | | |
| **Address Line 1:** | **Address Line 2:** | **City:** |
| 10928 NW 67th Place | | Parkland |
| **State:** | **Zip Code:** | **Country:** |
| Florida | 33076 | USA |
| **Email Address:** | | |
| **Phone:** | | |
| **Website:** | | |
| **Name of Person You Dealt With:** | | |
| April Cohen | | |

 **TO DO:**

# Your Next Steps

If you think a scammer has your information, like your Social Security, credit card, or bank account number:

- Go to **IdentityTheft.gov** for steps you can to take based on what kind of information was lost or exposed.

If you gave your username and password to a scammer:

- **Change your password right away.** If you use the same password for other accounts or sites, change it there, too. **Create a new password that is strong.**

If someone calls and offers to "help" you recover money you have already lost:

- **Don't give them money or personal information.** You're probably dealing with a **fake refund scam.**

Scam Advice:

- If you're concerned a scammer has your personal information, like your Social Security, credit card, or bank account number, go to **IdentityTheft.gov** for steps you can take.

- Learn more about impersonation scams at **ftc.gov/impersonators.** If someone says they are with the FTC, know that the FTC will never demand money, make threats, tell you to transfer money, or promise you a prize.

- Learn more about different scams and how to recover from them at **ftc.gov/scams.**

 # What Happens Next

Thank you for reporting!

- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.

- Your report goes into the FTC's Consumer Sentinel database, which is available to federal, state, and local law enforcement across the country.

- We use reports to spot trends, educate the public, and share data about what is happening in your community. You can learn what other people in your state or metro area are reporting by visiting **ftc.gov/exploredata**.

- When the FTC brings cases, we try to get money back for people. At **ftc.gov/refunds** you can see recent FTC cases that resulted in refunds.

▶ **Want to learn more?**

- Watch **this video** to learn about the importance of reporting.

- Sign up for FTC Consumer Alerts at **ftc.gov/ConsumerAlerts** to stay connected to the FTC and learn about new scams.

3/3

EXHIBIT C

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
198933663

I am a victim of Identity theft. This is my official statement about the crime.

### Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Josue | | Larose | |
| **Address:** | **Phone:** | | **Email:** |
| 1300 Washington Avenue , Unit 2064 Miami Beach , FL 33119 USA | 305-647-8345 | | economistjosuelarose@yahoo.com |

### Personal Statement

My name is Josue Larose, I am the Republican Candidate for United States Senate, a Wall Street Corporate Executive and the President of Greater Florida Chamber of Commerce. I filed this complaint against A_T Worldwide Inc and its President April Cohen and against Amazon.com Inc and its President Jeffrey Bezos for using my name and my picture illegally and fraudulently to sell the commercial products on amazon.com The Defendants violated the Federal Trademark Infringement Laws principally the Lanham Act 15 U.S. Code Statute 1125, Statutes 1051-1072 and the FTC Act 15 U.S. Code, Statute 45. The Defendant April Cohen committed the Identity Theft, Cybersecurity Crimes, Trademark Infringement and Financial Frauds on my name by opening a lot of credit cards and bank accounts. The actions of the Defendants caused me to suffer Emotional Distress, Economic Loss, Daily Stress, Anxiety and Depression. I have a Pending Federal Lawsuit against the Defendants Case No: 1:26-CV-20313-LMR

### Accounts Affected by the Crime

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Bank of America | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 6/2023 | 1/2026 | $ 0 |

| Fraudulent Checking or Savings Account | | |
|---|---|---|
| Company or Organization: | Citibank | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 8/2024 | 1/2026 | $ 0 |

| Fraudulent Email or Social Media Account | | |
|---|---|---|
| Company or Organization: | economistjosuelarose@hotmail.com | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 9/2023 | 1/2026 | $ 0 |

| Fraudulent Online Shopping or Payment Account | | |
|---|---|---|
| Company or Organization: | Amazon.com | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |

| 7/2016 | 1/2026 | $ 0 |
|--------|--------|-----|

**Suspect Information**

| Name | April Cohen |
|------|-------------|
| Contact Information | **Address:** 10928 NW 67th Place Parkland FL 33076 USA |
| Additional Details | April Cohen is a Fraudster in Florida who uses the names and the pictures of the United States Federal Politicians illegally, unauthorizedly and fraudulently to sell the commercial products on amazon.com He is earning Million of Dollars |

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Josue Larose**
Josue Larose

**3/16/2026**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.



EXHIBIT D



**.org**

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
A & T WORLDWIDE, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P11000074560 |
| **FEI/EIN Number** | 45-3057942 |
| **Date Filed** | 08/22/2011 |
| **Effective Date** | 08/19/2011 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

10928 NW 67TH PLACE
PARKLAND, FL 33076

### Mailing Address

10928 NW 67TH PLACE
PARKLAND, FL 33076

### Registered Agent Name & Address

COHEN, APRIL
10928 NW 67TH PLACE
PARKLAND, FL 33076

### Officer/Director Detail

**Name & Address**

Title PTD

COHEN, APRIL
10928 NW 67TH PLACE
PARKLAND, FL 33076

Title VSD

COHEN, TIFFANY
10928 NW 67TH PLACE
PARKLAND, FL 33076

### Annual Reports

**Report Year**       **Filed Date**

| 2024 | 02/25/2024 |
| 2025 | 02/07/2025 |
| 2026 | 01/11/2026 |

## Document Images

| | |
|---|---|
| 01/11/2026 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2025 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2012 -- ANNUAL REPORT | View image in PDF format |
| 08/22/2011 -- Domestic Profit | View image in PDF format |

EXHIBIT E

.org

## Detail by Entity Name

Foreign Limited Liability Company
AMAZON.COM SERVICES LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M20000000477 |
| **FEI/EIN Number** | 82-0544687 |
| **Date Filed** | 01/10/2020 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**Mailing Address**

410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

**Authorized Person(s) Detail**

**Name & Address**

Title MANAGER

MILLER, MICHAEL
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 04/11/2023 |
| 2024 | 04/22/2024 |
| 2025 | 04/12/2025 |

**Document Images**

04/12/2025 -- ANNUAL REPORT      View image in PDF format

- 
  | 04/22/2024 -- ANNUAL REPORT | View image in PDF format |
  | 04/11/2023 -- ANNUAL REPORT | View image in PDF format |
  | 03/01/2022 -- ANNUAL REPORT | View image in PDF format |
  | 04/08/2021 -- ANNUAL REPORT | View image in PDF format |
  | 01/10/2020 -- Foreign Limited | View image in PDF format |