# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

JOSUE LAROSE
REPUBLICAN CANDIDATE FOR UNITED STATES SENATE
WALL STREET CORPORATE EXECUTIVE
PRESIDENT OF GREATER FLORIDA CHAMBER OF COMMERCE
Plaintiff                                          {                                          }

V.                                                          { CASE NO: 1:26-CV-20313-LMR  }

AMAZON.COM INC                              { JURY TRIAL : YES                      }
JEFFREY BEZOS
A&T WORLDWIDE INC
APRIL COHEN
Defendants

FILED BY _____ D.C

MAR 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFF'S MOTION TO DENY DEFENDANTS' REPLY IN SUPPORT A&T WORLDWIDE INC   /   APRIL COHEN          DOCKET NO: 26

Plaintiff, Josue Larose hereby submits his Motion to deny Defendants' Reply in Support of the Motion to dismiss the Amended Complaint. The Plaintiff's Amended Complaint not only meets but exceeds the standards governing the form of a complaint contemplated by Federal Rule of Civil Procedure (8) (a)

After the complaint was amended from Diversity of Citizenship to Federal Question, this court has subject matter jurisdiction in this matter and the Amended Complaint sufficiently alleges the United States Federal Trademark Law Violation via the FTC Act, U.S. Code 15, Statutes 45
Then via the Lanham Act 15 U.S. Code, Statute 1125
Federal Trademark Act U.S. Code 15 Statute 1051-1072
Trademark Infringement Violation, Nature of Suit Code 840, Cause Lanham Act 15 U.S. C 1125

As the President of the United States Human Rights Protection Organization, the United States Federal Politician, a Wall Street Corporate Executive and President of Greater Florida Chamber of Commerce, I filed a complaint with Florida Bar against the Lawyer Ira Cohen for being rude, disrespectful and arrogant to me during his conversations over the phone, via email and Motion.

I am a victim of Identity Theft, Financial Frauds and Cyber Crimes by his family members April Cohen and Tiffany Cohen. These 2 Fraudsters use my name and picture to sell the commercial products via amazon.com and then they hacked my personal email to get access to my financial information and they use my social security number to apply for multiple credit cards from the Commercial Banks and from Retail Stores in America.

Page 2.

I request the Florida Bar to take the Disciplinary Action against the Lawyer Ira Cohen, identified by the Florida Bar Number 359882 for being disrespectful, arrogant and rude to the Plaintiff in a Federal Civil Case that is involved his family members for Financial Frauds, Identity Theft and Cyber Crimes for using the names of the United States Federal Politicians and Celebrities to sell the commercial products via amazon.com and to apply for multiple credit cards fraudulently.

Instead for the Attorney Ira Cohen to blame his family members April Cohen and Tiffany Cohen for Financial Frauds, Identity Theft and Cyber Crimes, he prefers to represent them as their Lawyer at the United States District Court, Southern District of Florida and he decided to be disrespectful to me by using his arrogance and impolite behavior over the phone and via email.

Accordingly, Defendants' Motion to Dismiss should be denied by the Judge for acting in bad faith to compensate a victim from Trademark Infringement, Cybersecurity Crimes and Frauds. The Defendants violated the FTC Act 15 statute 45, the Lanham Act 15 U.S. Code, statute 1125 Federal Trademark Act 15 U.S. Code, Statutes 1051-1072 for using someone's name and picture without authorization, illegally and fraudulently to sell commercial products on Amazon.com

The Defendants A&T Worldwide Inc and its President April Cohen are the Fraudsters who use the United States Federal Politicians' names and pictures to sell the commercial products online The Defendants A&T Worldwide Inc, April Cohen, Amazon.com Inc, Jeffrey Bezos damaged my reputation by making more than $200 Million on my name illegally and fraudulently.
They violated the Lanham Act 15, Statute 1125, 1051-1072  FTC Act 15 U.S. Code, Statute 45

## The Plaintiff's Claims are sufficiently stated.

The actions of the Defendants A&T Worldwide Inc, April Cohen, Amazon.com Inc, Jeffrey Bezos caused the Plaintiff Josue Larose to have anxiety, emotional distress, reputational harm, stress, depression, financial loss, sleep disorder and economic loss.

Defendants move to dismiss the Plaintiff's Complaint for (A) Failure to State a Cause of Action and (B) for Lack of Subject Matter Jurisdiction. In support of their Motion, Defendants argue that the Complaint lacks, inter alia, a definition of deception, lacks any example of injury and lacks a factual basis. Defendants cite no valid authority to support the proposition that these or any other supposedly missing ingredients are, in fact, required in the Plaintiff's Complaint. Federal Rule of Civil Procedure 8 (a) states that a complaint should contain " a short and plain statement of the claim showing that the pleader is entitled to relief, " Fed. R. Civ. P. 8(a) (2) that each allegation must be simple, concise, and direct. " Fed. R. Civ. P. 8(d) (1)

The Supreme Court has explained that a complaint need only " give the defendant fair notice of what the Plaintiff's Claim is and the grounds upon which it rests. " Swierkiewicz v. Sorema N.A., 534 U.S. 506, 512 (2002); accord Atchison, Topeka & Santa Fe Ry. v. Buell, 480 U.S. 557, 568 n.15 (1997) ( under Federal Rule 8, claimant has no duty to set out all of the relevant facts in his complaint) " Specific facts are not necessary in a Complaint, instead the statement need only " give the defendant fair notice of what the claim is and the grounds upon which it rests".

Page 3.

Epos tech., 636 F. Supp.2d 57, 63 (D.D.C, 2009) ( quoting Bell Atlantic v. Twombly, 550 U.S. 544, 555, (2007)

––––––––––––––––––––––––––––––––

1 Defendants move to dismiss the Complaint for failure to state a cause of action. Fed. R. Civ. P. 12(b) (6) provides that a party may assert a defense by motion for " failure to state a claim upon which relief can be granted. "'

2 Defendants mistakenly refer to Fed. R. Civ. P. 12(b) (5) - Lack of Subject Matter of Jurisdiction.

3 It appears that Defendants ' Motion should correctly be titled a " Motion for a More Definite Statement. "

Thus, the Federal Rules embody "notice pleading" and require only a concise statement of the claim, rather than evidentiary facts. Accordingly Defendants ' Motion would be considered properly filed only " where a plaintiff's complaint is unintelligible(le) (sic), not where a complaint suffers for " lack of detail." Epos Tech., 636 F. Supp. 2d at 63 (citations omitted). The simplified notice pleading standard relies on liberal discovery rules and summary judgment motions to define disputed facts and to dispose of unmeritorious claims. See Swierkiewicz, 534 U.S. Code at 512. Indeed, courts have found that if the information sought by the motion is obtainable through discovery, the motion should be denied. See e.g., Towers Tenant Association v. Towers Ltd. P'ship, 563 F. Supp. 566, 569 (D.D.C. 1983) denying motion for a more definite statement because details such as "dates, times, names and places" are "the central object of discovery, and need not be pleaded").

Here, the Plaintiff's Complaint is not unintelligible or confusing and does not violate Federal Rule of Civil Procedure 8(b) requirement of " a short and plain statement of the claim showing that the plaider is entitled to relief of $100 Million for Compensatory and Punitive Damages, because he is significantly experienced anxiety, economic loss, sleep disorder, daily stress, reputational harm, depression, financial loss and emotional distress.

Defendants A&T Worldwide Inc and its President April Cohen must be by punished by the judge for committing financial frauds, identity theft and cyber crimes by using the Federal Politicians' names and pictures illegally and fraudulently to sell the commercial products on amazon.com

The Defendants violated the Lanham Act 15 U.S. Code, Statute 1125 and the Right of Publicity. The Defendants must pay the Compensatory and Punitive Damages of $100 Million to the Plaintiff Josue Larose to compensate him for their illegal actions and frauds on his name.

The Complaint and the Amended Complaint clearly have a more sufficient statement of the claim and more than meets the requirement that it be "short and plain. "
For example, the Amended Complaint specifically identifies the actions of Defendants and how those actions are wrongful, unethically, malice, intentionally, dishonest and illegally.

Page 4.

Finally, the Plaintiff's Complaint and Amended Complaint clearly put Defendants on fair notice of the charges against them

Specifically, the Amended Complaint charges that Defendants violated the FTC Act, U.S. Code 15, statute 45, then the Lanham Act 15 U.S. Code, Statute 1125, U.S. Code 15 statutes 1051-1072 Federal Trademark Violations, Nature of Suit 840, Cause: Trademark Infringement

## The Court has Subject Matter Jurisdiction

The Court has subject matter jurisdiction, despite Defendants' claim to the contrary, because the Complaint was amended from Diversity of Citizenship to Federal Question on February 13, 2026 In Morrison v. Amway Corp., 323 F. 3d 920, 925 (11th Cir. 2003) the Eleventh Circuit cautioned " that the district court should rely on Rule 12(b) (1) if the facts necessary to sustain jurisdiction do not implicate the merits of Plaintiff's cause of action. Garcia, 104 F. 3d at 1261 (emphasis ad)

If a jurisdictional challenge does implicate the merits of the underlying claim.
The proper course of action for the district court... is to find that jurisdiction exists and deal with the objection as a direct attack on the merits of the Plaintiff's case. ...

Judicial economy is best promoted when the existence of a federal right is directly reached and, where no claim is found to exist, the case is dismissed on the merits. This refusal to treat indirect attacks on the merits as Rule 12(b) (1) motions provides, moreover, a greater level of protection for the plaintiff who in truth is facing a challenge to the validity of his claim.
The Defendant is forced to proceed under Rule 12 (b) (6) ... or Rule 56 ... both of which place great restrictions on the district court's discretion .....
Id. (quoting Williamson v. Tucker, 645 F. 2d 404, 415-16 (5th Cir. 1981) "

Normally, the question of jurisdiction and the merits of an action will be considered intertwined where, as here, " a statute provides the basis for both the subject matter jurisdiction of the federal court and the plaintiff's substantive claim for relief. Id. at 926 quoting Sun Valley Gasoline, Inc v. Ernst Enters., 711 F. 2d 138, 139-40 (9th Cir. 1983).

## The Plaintiff Josue Larose has alleged actual harm.

As stated above, the Plaintiff's Complaint and Amended Complaint alleged daily stress, anxiety, sleep disorder, emotional distress, depression, economic loss and these significant daily harms are caused by the Federal Trademark Infringement from Defendants under the Suit Code 840

## Conclusion.

In short, the Plaintiff's Complaint and Amended Complaint are fully complied with the pleading requirement of Federal Rule of Civil Procedure 8 (a) and provide Defendants fair notice of the charges against them and the grounds therefore. Discovery and argument will add further detail later, in fact much additional supporting factual material will be provided by the Plaintiff.

Page 5.
This court has subject matter jurisdiction in this matter, because the Plaintiff's Complaint was amended from Diversity of Citizenship to Federal Question on February 13, 2026 and the Amended Complaint alleged the Federal Trademark Infringement, Financial Frauds, Malice, Identity Theft, Reputational Harm and Cybersecurity Crimes from the defendants.

Additionally, the Plaintiff Josue Larose has sufficiently alleged reputational harm, significant daily stress, anxiety, emotional distress, sleep disorder, depression and economic loss due to the Federal Trademark infringement, Malice, Frauds, Identity Theft and Cybersecurity Crimes by the Defendants A&T Worldwide Inc, April Cohen, Amazon.com Inc, Jeffrey Bezos

## Relief:

The Plaintiff requests a total amount of $100,000,000 ($100 Million) in Compensatory and Punitive Damages from the following Defendants :
$98,000,000 ($98 Million) from Amazon.com Inc and from its President Jeffrey Bezos
$2,000,000 ($2 Million) from A&T Worldwide Inc and from its President April Cohen
Total: $100,000,000 ($100 Million in Compensatory and Punitive Damages)

Accordingly, for the reasons set forth herein, the Plaintiff Josue Larose respectfully requests the Southern District of Florida Court and the Judge to deny the Defendants' Motion to Dismiss the Amended Complaint for acting in bad faith to delay the Civil Lawsuit, because the Defendants are committed the Federal Trademark Infringement, Financial Frauds, Malice, Identity Theft and Cybersecurity Crimes by using the United States Federal Politicians' names and pictures illegally, unauthorizedly and fraudulently to sell the commercial products via amazon.com

## Service for the Summons, Plaintiff's Complaint and Amended Complaint:

I want to inform the Southern District of Florida and the Judge that the Summons, Plaintiff's Complaint and Amended Complaint were properly served to the Defendants via Certified Mail at the United States Postal Service and the Defendants were signed a legal paper issued by the USPS Employee at the time of the mail delivery to certify that they are properly served with the Summons, Plaintiff's Complaint and Amended Complaint.

The Certified Mail of the United States Postal Service is officially recognized and legally accepted as a Professional Process Server and it complies with the Federal Rule of Civil Procedure.

The Federal Rule of Civil Procedure required a third party to deliver the Summons and the Plaintiff's Complaints to the Defendants.
The Employees of the United States Postal Service are considered a Third Party.

The Defendants were signed a legal paper issued by the USPS Employee at the time of the mail delivery to certify that they are properly served with the Summons, Plaintiff's Complaint and Amended Complaint in accordance with the Federal Rule of Civil Procedure 8 (a).

Page 6.

Dated: March 26, 2026

Respectfully filed with the court.

Josue Larose: ————————————————
1300 Washington Avenue, Unit 2064
Miami Beach, FL 33119
Phone Number: (305) 647-8345
Fax Number: (800) 829-3078
Email: EconomistJosueLarose@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2026 I filed the foregoing Plaintiff's Motion to deny Defendants' Reply in Support of the Motion to Dismiss the Amended Complaint with the Clerk of the Southern District of Florida and send a notice of the filing to the Defendants Attorney via email on file & via USPS Certified Mail to the Defendants Mailing Address on file.

# EXHIBIT A

Date: March 26, 2026

From: Economist Josue Larose
* United States Federal Politician
* President of United States Human Rights Protection Organization
* Wall Street Corporate Executive
* Republican Candidate for United States Senate
* President of Greater Florida Chamber of Commerce

To: Florida Bar
Request of Disciplinary Action against Lawyer Ira Cohen, Florida Bar No: 359882

Reference: Complaint against Lawyer Ira Cohen for disrespect, arrogance, rude and for allowing his family members to commit financial frauds and identity theft by using the names of the United States Politicians and Celebrities in America

To Whom it May Concern,

My name is Josue Larose, a Republican Candidate for United States Senate, the President of United States Human Rights Protection Organization, a Wall Street Corporate Executive, the United States Federal Politician and the President of Greater Florida Chamber of Commerce.

I filed this complaint with the Florida Bar against the Lawyer Ira Cohen, legally identified by the Florida Bar Number 359882 for being disrespectful to me, for being rude to me and for talking to me with arrogance as a Plaintiff in a Federal Civil Case for Trademark Infringement, for Financial Frauds and Identity Theft against his family members April Cohen and Tiffany Cohen.

I request the Florida Bar to take disciplinary action against Lawyer Ira Cohen for being disrespectful, arrogant and rude to the Plaintiff in a Federal Civil Case that is involved his family members for Financial Frauds, Identity Theft, Cyber Crimes

April Cohen and Tiffany Cohen used my name and my picture to sell commercial products via amazon.com and they are applying for a lot of credit cards on my name by using their address 10928 NW 67th Place, Parkland Florida 33076 to receive the credit cards from the Banks and from the Retail Stores in America

Page 2.

April Cohen and Tiffany Cohen hacked my personal email to get access to my financial information and they used my social security number to apply for credit cards on my name from different commercial banks and retail stores in America.

Instead for the Attorney Ira Cohen to blame his family members for Financial Frauds, Identity Theft and Cyber Crimes, he prefers to represent them as their Lawyer at the United States District Court, Southern District of Florida and he decided to be disrespectful to me by using his arrogance and impolite behavior.

For more information regarding this complaint, you can contact me personally at:

Josue Larose
1300 Washington Avenue, Unit 2064
Miami Beach, FL 33119
Phone Number: (305) 647-8345
Email: EconomistJosueLarose@yahoo.com

Respectfully Yours

Signature: ----------------

Economist Josue Larose
* United States Federal Politician
* President of United States Human Rights Protection Organization
* Wall Street Corporate Executive
* Republican Candidate for United States Senate
* President of Greater Florida Chamber of Commerce

# The Florida Bar
# Inquiry/Complaint Form

## STOP - PLEASE DOWNLOAD THIS FORM TO YOUR COMPUTER BEFORE FILLING IT OUT.

### PART ONE (See Page 1, PART ONE – Complainant Information.):

Your Name:   Economist Josue Larose, United States Federal Politician

Organization:  United States Human Rights Protection Organization, Inc

Address:   1300 Washington Avenue, Unit 2064

City, State, Zip Code:  Miami Beach, FL 33119

Phone:  (305) 647-8345

Email:  EconomistJosueLarose@yahoo.com

ACAP Reference No.:

Does this complaint pertain to a matter currently in litigation?    Yes  x    No

### PART TWO (See Page 1, PART TWO – Attorney Information.):

Attorney's Name:   Ira Cohen          Florida Bar No.  359882

Address:   1730 Main Street, Suite 228

City, State, Zip Code:  Weston, FL 33326

Phone:  (954) 533-1733

### PART THREE (See Page 1, PART THREE  – Facts/Allegations.): The specific thing or things I am complaining about are: (attach additional sheet).

### PART FOUR (See Page 1, PART FOUR  – Witnesses.): The witnesses in support of my allegations are: (attach additional sheet).

### PART FIVE (See Page 1, PART FIVE – Acknowledge Oath and Signature.):

☑    YOU MUST PLACE YOUR MARK IN THE BOX ACKNOWLEDGING THE OATH AND YOU MUST SIGN YOUR FULL NAME BELOW.

## Under penalties of perjury, I declare that the foregoing facts are true, correct and complete.

Josue Larose, President United States Human Rights (

Print Name

Signature

03/26/2026

Date

*Having trouble? Download the form and open the document in Adobe Acrobat™.

# MEMBER PROFILE

# Ira Cohen

### Member in Good Standing

### Eligible to Practice Law in Florida



## Bar Number:

359882

## Mail Address:

IRA COHEN, P.A.
1730 Main St Ste 228
Weston, FL 33326-3679

Office: **954-533-1733**

## Physical Address:

1730 Main St Ste 228
Weston, FL 33326-3679

Office: **954-533-1733**

## Email:

icohen@ictrademarksandcopyrights.com

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/359882

**vCard:**

**County:**

Broward

**Circuit:**

17

**Admitted:**

02/18/1983

**10-Year Discipline History:**

None

**Law School:**

New York University School of Law, 1985

**Sections:**

Entertainment, Arts, & Sports

**Practice Areas:**

Arbitration

Business

Contracts

Copyright

Entertainment, Arts and Sports

Intellectual Property

Mediation

Trademark

**Languages:**

English

Spanish

**Federal Courts:**

Case 1:26-cv-20313-LMR   Document 27   Entered on FLSD Docket 03/27/2026   Page 12 of 14

U.S. Court of Appeals for the Eleventh Circuit

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Sixth Circuit

U.S. Supreme Court

U.S. District Court, Eastern District of New York

U.S. District Court, Middle District of Florida

U.S. District Court, Northern District of Florida

U.S. District Court, Southern District of Florida

U.S. District Court, Southern District of New York

## State Courts:

Florida

New York

## Firm:

IRA COHEN, P.A.

## Firm Size:

1

## Firm Position:

Partner/Shareholder

## Firm Website:

### https://www.ictrademarksandcopyrights.com

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.

## Complaint against Lawyer Ira Cohen, identified by the Florida Bar Number 359882

From: Economist Josue Larose (economistjosuelarose@yahoo.com)

To: acapintake@floridabar.org

Cc: economistjosuelarose@hotmail.com; economistjosuelarose@yahoo.com

Date: Friday, March 27, 2026 at 12:37 AM EDT

Date: March 26, 2026

From: Economist Josue Larose
* United States Federal Politician
* President of the United States Human Rights Protection Organization
* Wall Street Corporate Executive
* Republican Candidate for United States Senate
* President of Greater Florida Chamber of Commerce

To: Florida Bar
Attention: ACAP
651 East Jefferson Street
Tallahassee, Florida 32399

Request of Disciplinary Action against the Lawyer Ira Cohen, Florida Bar No: 359882

Reference: Complaint against the Lawyer Ira Cohen for disrespect, arrogance, rude and for allowing his family members to commit the Financial Frauds, Identity Theft and Cyber Crimes by using the names of the United States Federal Politicians and Celebrities in America.

To Whom It May Concern,

Enclosed in the email attachment, you will receive the formal complaint against the Lawyer Ira Cohen for being disrespectful, rude and arrogant to the Plaintiff in a Federal Civil Case that is involved his family members for Financial Frauds, Identity Theft and Cyber Crimes.

For more information regarding this complaint, you can contact me at :

Josue Larose
1300 Washington Avenue
Unit 2064
Miami Beach, Florida 33119

Phone Number: (305) 647-8345

Email: EconomistJosueLarose@yahoo.com

Respectfully Yours

Economist Josue Larose
* United States Federal Politician
* President of the United States Human Rights Protection Organization
* Wall Street Corporate Executive
* Republican Candidate for United States Senate
* President of Greater Florida Chamber of Commerce


Signed Complaint against Lawyer Ira Cohen.pdf
108.7 KB


Exhibit A against Lawyer Ira Cohen.pdf
306.3 KB


Attorney Ira Cohen.pdf
158.1 KB