UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20313-LMR

JOSUE LAROSE
     Plaintiff,

v.

AMAZON.COM, INC., *et al.*,

    Defendants

                                  /

## CONSENT TO MAGISTRATE JUDGE JURISDICTION

Plaintiff, Josue Larose, consents to magistrate judge jurisdiction as presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment.

JOSUE LAROSE, pro se

Defendant A&T Worldwide, Inc. and April Cohen, consent to magistrate judge jurisdiction as presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment.

IRA COHEN, ATTORNEY

Defendant Amazon.com, Inc. and Jeffrey Bezos consent to magistrate judge jurisdiction as presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment.


_____

MALLORY COONEY, ATTORNEY